UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTOPHER DORNIN and MARCELLA KAYTIA-DORNIN, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>H PROPERTY SERVICE, INC., an Idaho Corporation; CARLOS HURTADO, an individual; J. ENRIQUE HURTADO GOMEZ, an individual; FERNANDO HURTADO, an individual; DOES 1-10, inclusive; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No. 1:18-cv-00223-EJL<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation to Dismiss. (Dkt. 22.) The Court has reviewed the Stipulation and record in this matter and finds good cause has been shown to grant the same.

NOW THEREFORE IT IS HEREBY ORDERED that the Stipulation for Dismissal (Dkt. 22) is **GRANTED**. Any claims for defective materials, equipment, or workmanship which Plaintiffs may have against Defendants H Property Service, Inc. and/or Carlos Hurtado are **DISMISSED WITHOUT PREJUDICE**. All other claims and counterclaims set forth in the action are **DISMISSED WITH PREJUDICE**.

DATED: May 8, 2019

Honorable Edward J. Lodge
U.S. District Judge